**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sean Anthony LAWRENCE, Defendant–Appellant.**

**No. 12–12955 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 8, 2013.

Richard O.I. Brown, Donald F. Chase, II, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A. Ferrer, Kathleen Mary Salyer, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Timothy Day, Robin J. Farnsworth, Federal Public Defender's Office, Fort Lauderdale, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Sean Anthony Lawrence, Fci Yazoo City Low, Yazoo City, MS, for Defendant–Appellant.

Before TJOFLAT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Sean Anthony Lawrence in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lawrence's conviction and sentence are **AFFIRMED.**